Certificate Number: 17082-PAM-DE-028457746

Bankruptcy Case Number: 11-08017



17082-PAM-DE-028457746

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 6, 2016, at 5:43 o'clock PM MST, ANISIA T BEATTY completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   December 6, 2016            By:     /s/Orsolya K Lazar

                                    Name:   Orsolya K Lazar

                                    Title:  Executive Director