```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                                Case No. 11-08017-RNO
David M. Beatty                                                       Chapter 13
Anisia T. Beatty
          Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: REshelman           Page 1 of 1           Date Rcvd: Mar 29, 2017
                              Form ID: fnldec           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2017.
db/jdb        +David M. Beatty,   Anisia T. Beatty,   485 N. Burberry Lane,   Mt. Wolf, PA 17347-8720

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2017 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    J.P. Morgan Chase Bank, N.A. ASwartz@mwc-law.com,
               ecfmail@mwc-law.com
              Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    J.P. Morgan Chase Bank, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Michael R Caum    on behalf of Joint Debtor Anisia T. Beatty mikecaumesq@comcast.net
              Michael R Caum    on behalf of Debtor David M. Beatty mikecaumesq@comcast.net
              Thomas I Puleo    on behalf of Creditor    J.P. Morgan Chase Bank, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| David M. Beatty<br>485 N. Burberry Lane<br>Mt. Wolf, PA 17347 | Chapter 13<br>Case No. 1:11−bk−08017−RNO |
| Anisia T. Beatty<br>485 N. Burberry Lane<br>Mt. Wolf, PA 17347 | |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−9816
xxx−xx−9585

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J. DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: March 29, 2017

By the Court,

*(signature)*

Honorable Robert N. Opel
United States Bankruptcy Judge
By: REshelman, Deputy Clerk